# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALL TESTS CLINICAL SOLUTIONS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>HYPER STRATEGIES INC. and CAMINO REY LLC,[1]<br><br>*Defendants*. | Civil No.: 23-cv-00314(KSH)(JBC)<br><br>**ORDER** |

This action having been brought by plaintiff All Tests Clinical Solutions LLC ("All Tests") seeking default judgment against defendant Hyper Strategies Inc. ("Hyper Strategies") (D.E. 32); and the complaint in this matter having been filed on January 20, 2023, seeking damages for breach of the parties' contract; and service of the summons and complaint having been effectuated with respect to Hyper Strategies (D.E. 8, 9); and default having been entered by the Clerk on April 19, 2023 against Hyper Strategies for its failure to plead or otherwise defend in this action; and no response having been submitted by Hyper Strategies; and the Court having reviewed the papers; and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 23rd day of July, 2025,

**ORDERED** that All Tests' motion for default judgment (D.E. 32) is **GRANTED**, except as to its requested damages; and it is further

**ORDERED** that pursuant to Fed. R. Civ. P. 55(b)(2), an evidentiary hearing in front of the undersigned is scheduled for **September 10, 2025 at 11 a.m.**; and it is further

---

[1] Pursuant to a settlement agreement, this Court dismissed Camino Rey from the action on May 15, 2024. (D.E. 28.)

1

2

**ORDERED** that All Tests may submit a supplemental certification addressing the deficiencies outlined in the Court's accompanying opinion no later than **August 13, 2025**. Counsel will be notified if the written submission makes the scheduled evidentiary hearing unnecessary.

*/s/ Katharine S. Hayden*
Katharine S. Hayden, U.S.D.J.
